**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alejandro M Borges, | No. CV-18-00367-TUC-RM |
| Plaintiff, | **ORDER** |
| v. | |
| Mark D Napier, et al., | |
| Defendants. | |

Pending before the Court is Plaintiff's Motion for Discovery and for Extension of Time.[1] (Doc. 16.) The Court will deny without prejudice Plaintiff's Motion for Discovery and will grant the Motion for Extension of Time.

Plaintiff filed his Second Amended Complaint on December 26, 2018. (Doc. 13.) On April 9, 2019, the Court issued an Order directing Defendant Sanchez to answer Counts One and Two and Defendant Medley to answer Count Three. (Doc. 14.) That Order also directed that the Clerk of Court send Plaintiff a service packet and that Plaintiff complete and return the service packet. (*Id.*) On April 29, 2019, and May 8, 2019, the service packets as to Defendants Medley and Sanchez were returned to Plaintiff as incomplete.

Plaintiff now moves for "discovery" into the first names and addresses of Defendants Medley and Sanchez so that he may complete service of process. (Doc. 16.) The docket does not reflect that Plaintiff has submitted complete service packets for Defendants Medley and Sanchez using their apparent place of employment, the Pima

---

[1] Also pending is Plaintiff's Motion to Modify Order (Doc. 15), which will be addressed separately.

County Adult Detention Complex, as the address for service. Accordingly, Plaintiff's Motion for Discovery will be denied without prejudice to re-filing if service upon Defendants Medley and Sanchez is attempted at their apparent place of employment and is returned unexecuted. Plaintiff shall fully complete the service packet for Defendants Medley and Sanchez using the address of their apparent place of employment. The Court will extend Plaintiff's deadline to serve Defendants for 21 additional days from the date of this order.

**IT IS ORDERED** that Plaintiff's Motion for Discovery and Extension of Time (Doc. 16) is **partially denied and partially granted**, as follows:

1. Plaintiff's Motion for Discovery is **denied without prejudice**.
2. Plaintiff's Motion for Extension of Time to Complete Service is **granted**. The deadline for obtaining a waiver of service or completing service upon Defendants Medley and Sanchez is **extended 60 days** from the date of this Order.

Dated this 16th day of May, 2019.

_____
Honorable Rosemary Márquez
United States District Judge